THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-289-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER TO SEAL MEDICAL |
| VS. | ) | RECORDS (UNDER SEAL) |
| | ) | |
| | ) | |
| MICHAEL ANTHONY WALCOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal Medical Records* is

allowed and the Clerk is directed to seal this *order,* and *Motion to Seal Medical Records,* except

that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel

for the Defendant and the Government.

SO ORDERED, this the __30__ day of __April__ 2021.


_____
James C. Dever, III
District Court Judge